```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            Reno, Nevada


CAROL ANN GRUEY,                     3:15-cv-00517-HDM-WGC

          Plaintiff,                 MINUTE ORDER

     vs.                             November 10, 2015

SPEEDCO, INC.,

          Defendant.
     _____/


PRESENT:
THE HONORABLE HOWARD D. MCKIBBEN, Senior U.S. District Judge

DEPUTY CLERK:_____   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  _____NONE APPEARING_____

COUNSEL FOR DEFENDANT(S):  _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS:
```

Defendant's motion to strike plaintiff's punitive damages claim (#8) is **DENIED WITHOUT PREJUDICE.**

It is so ordered.

```
                                     LANCE S. WILSON, CLERK


                              By:   _____/s/_____
                                         Deputy Clerk
```