SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Telephone: (775) 824-8200
Facsimile: (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@durneybennan.com
DURNEY & BRENNAN, LTD.
6900 S. McCarran Blvd., Suite 2060
Reno NV 89509
Telephone: (775) 322-2923
Facsimile: (775) 322-3014

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL ANN GRUEY,<br><br>          Plaintiff,<br><br>vs.<br><br>SPEEDCO, INC. an Indiana Corporation, dba SPEEDCO TRUCK LUBE; and DOES I-X,<br><br>          Defendants. | Case No.: 3:15-cv-00517-WGC<br><br>**STIPULATION AND ORDER FOR**<br><br>**DISMISSAL WITH PREJUDICE** |

Plaintiff Carol Ann Gruey and Defendant Speedo, Inc., dba Speedco Truck Lube, by and through their undersigned counsel of record, hereby stipulate and agree that the above-entitled matter may be dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

1

IT IS SO STIPULATED AND AGREED.

Date: 7/19/16                                Date: 7-19-16

_____              _____
SEAN P. ROSE                                 PAUL A. SHERRY
ROSE LAW OFFICE                              LEWIS BRISBOIS
150 W. Huffaker Lane, Suite 101              6385 S. Rainbow Blvd., Suite 600
Reno, NV 89511                               Las Vegas, NV 89118
*Attorney for Plaintiff*                     *Attorney for Defendant*

## ORDER

Based on the parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter and all claims by and between Carol Ann Gruey and Speedco Inc. are dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

Date: July 20, 2016

_____
UNITED STATES MAGISTRATE JUDGE